# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Peter Yin<br>a.k.a. "Pete"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         4:19MJ695<br>)<br>)<br>) |

**FILED**
NOV 20 2019
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s)of __December 2018 to the present__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846<br>21 U.S.C. § 841 | Conspiracy to posses with the intent to manufacture and distribute a mixture or substance containing a detectable amount of fentanyl and methamphetamine |

This criminal complaint is based on these facts:
See the attached affidavit of DEA Task Force Officer John Franco.

☐ Continued on the attached sheet.

*Complainant's signature*

TFO John Franco, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/20/2019

*Judge's signature*

City and state: Plano, Texas                Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*